

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-15-00757-CV

Cassandra L. **LEIJA**,
Appellant

v.

Larry **CHAPA** Jr.,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2010-08-27,732-CV
Honorable Spencer Whitewood Brown, Judge Presiding

# O R D E R

Appellant filed a notice of appeal from the trial court's entry of temporary orders in suit to modify parent-child relationship. The trial court's order, signed on November 18, 2015, states, "[t]hese temporary orders shall continue in force until the signing of the final order or until further order of this Court."

Temporary orders in suits affecting the parent-child relationship are not appealable; mandamus is an appropriate remedy to challenge. *See Dancy v. Daggett,* 815 S.W.2d 548, 549 (Tex.1991) (orig. proceeding); *In re Herring,* 221 S.W.3d 729, 730 (Tex. App.—San Antonio 2007, orig. proceeding).

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are suspended until further order of this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2015.



Keith E. Hottle
Clerk of Court